131 A.3d 42

**Naree ABDULLAH, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 147 EM 2015.**

Supreme Court of Pennsylvania.

Jan. 20, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The

Court of Common Pleas of Philadelphia County is **DIRECT-ED** to dispose of the pending petition within 90 days.

Justice EAKIN did not participate in the consideration or decision of this matter.